■ MALCOLM CORNELL, Appellant, v. JOHN A. REED et al., Doing Business as REED & REED, Respondents. (Action No. 1.) JOHN A. REED et al., Doing Business as REED & REED, Respondents, v. MALCOLM CORNELL, INC., Appellant. (Action No. 2.)

810

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.